No. 88–192. MCKESSON CORP. v. DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO, DEPARTMENT OF BUSINESS REGULATION OF FLORIDA, ET AL. Sup. Ct. Fla. [Certiorari granted, 488 U. S. 954]; and

No. 88–325. AMERICAN TRUCKING ASSNS., INC., ET AL. v. SMITH, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Sup. Ct. Ark. [Certiorari granted, 488 U. S. 954.] Motion of respondents for divided argument granted. Request for additional time for oral argument denied. Motion of petitioners for divided argument granted. Request for additional time for oral argument denied.

No. 88–305. SOUTH CAROLINA v. GATHERS. Sup. Ct. S. C. [Certiorari granted, 488 U. S. 888.] Motions of SOLACE et al. and Barbara Babcock et al. for leave to file briefs as amici curiae granted.

No. 88–389. PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO v. BETTS. C. A. 6th Cir. [Probable jurisdiction noted, 488 U. S. 907.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 88–411. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. v. GIARRATANO ET AL. C. A. 4th Cir. [Certiorari granted, 488 U. S. 923.] Motions of American Civil Liberties Union, National Legal Aid & Defender Association et al., and Maryland State Bar Association et al. for leave to file briefs as amici curiae granted.

No. 88–420. JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN AT MOBERLY v. THOMAS. C. A. 8th Cir. [Certiorari granted, 488 U. S. 1003.] Motion for appointment of counsel granted, and it is ordered that Springfield Baldwin, Esq., of Shrewsburg, Mo., be appointed to serve as counsel for respondent in this case.